IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NADINE VIRUET, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of |
| WAL-MART STORES EAST, LP, | ) | Gwinnett County; |
| | ) | Civil Action File No. 22-C- |
| | ) | 02513-S3] |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

NOW COMES Defendant WAL-MART STORES EAST, LP ("Defendant"), named Defendant in the above-captioned matter, through the undersigned counsel and within the time prescribed by law, without waiving any defenses, to file this Notice of Removal, respectfully showing this Honorable Court, as follows:

**1.**

On May 5, 2022, Plaintiff Nadine Viruet filed a Complaint for Damages against Defendant in the State Court of Gwinnett County, State of Georgia (located in the Northern District of this Court) under Civil Action File Number 22-C-02513-S3 and styled, Nadine Viruet v. Wal-Mart Stores East, L.P. (True and

1

correct copies of all pleadings filed in the State Court case and served upon Defendant in that matter are attached hereto as Exhibit "A.")

2.

Defendant was served with Plaintiff's Complaint on May 11, 2022. (Exhibit "A," p.10.)

3.

Upon information and belief, Plaintiff is a citizen of the State of Georgia. (See Complaint at ¶ 1, attached hereto as Exhibit "B.")

4.

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the sole general partner and WSE Investment, LLC is the sole limited partner. Both WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies with principal places of business in Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is an Arkansas limited liability company with its principal place of business in Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. As such, Wal-Mart Stores East, LP and none of its partners

are or were citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter. (Exhibit "B," Complaint at ¶ 2; *see also* Georgia Secretary of State and Delaware Secretary of State documents, attached hereto as Exhibit "C").

**5.**

Pursuant to the foregoing, complete diversity of citizenship exists between Plaintiff, a citizen of the State of Georgia, and Defendant Wal-Mart Stores East, LP, a Delaware Limited Partnership.

**6.**

In her Complaint, Plaintiff Nadine Viruet claims to have suffered severe personal injuries as a result of a slip-and-fall incident at a Wal-Mart store in Suwanee, Georgia on January 1, 2020. Plaintiff's Complaint alleges that her medical expenses are in excess of $45,000. Plaintiff's Complaint further indicates that Plaintiff has incurred medical bills, may continue to incur future medical expenses, and has and continues to incur pain and suffering, mental anguish and emotional distress. Plaintiff's Complaint prays that Plaintiff receive a judgment for special damages including but not limited to, medical expenses and lost wages as well as general damages for pain and suffering, mental anguish, and emotional distress in

an amount as may be shown by the evidence and determined by the enlightened conscience of the jury. (Exhibit "B," Complaint at ¶¶ 21-23, and p. 6-7).

**7.**

The information contained in Plaintiff's Complaint makes it plausible that the amount in controversy in the subject suit exceeds the jurisdictional threshold of $75,000. *See* Dart Cherokee Basin Operating Co. v. Owens, 574 U.S. 81, 81-82, 135 S. Ct. 547, 553, 554 (2014) (pursuant to 28 U.S.C. §1446(a), a defendant's Notice of Removal "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.")

**8.**

Defendant has timely removed this case pursuant to 28 U.S.C. §1446(b)(1) which provides that the "notice of removal of a civil action or proceeding shall be filed within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …." This Notice of Removal is filed within thirty days of the service of Plaintiff's Complaint upon Defendant on May 11, 2022. (Exhibit "A," p.10).

**9.**

This action is removable pursuant to 28 U.S.C. §§1332(a) and 1441 based on complete diversity of citizenship between Plaintiff and Defendant.

**10.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1332(a) and 1441 because, as demonstrated in the foregoing, complete diversity exists between the only proper parties to this suit and Defendant has shown by a preponderance of the evidence that it is plausible that the amount in controversy exceeds $75,000.00.

**11.**

Pursuant to the provisions of 28 U.S.C. §1446, Defendant has attached (as Exhibit "A") copies of all process, pleadings and Orders that were served on and/or provided to Defendant, including copies of all pleadings that have been filed to date in Civil Action File Number 22-C-02513-S3 in the State Court of Gwinnett County, Georgia for the above-styled case.

**12.**

Pursuant to 28 U.S.C. §1446, Defendant is not required to file a removal bond.

**13.**

A true and correct copy of this Notice of Removal shall be filed with the Clerk of the State Court of Gwinnett County, as required by 28 U.S.C. §1446.

**14.**

Written notice of the filing of this Notice of Removal shall be given to all Parties, through their counsel of records, as required by 28 U.S.C. §1446, per the attached Certificate of Service.

WHEREFORE, Defendant prays that the above-captioned lawsuit would be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division; that no further proceedings would be held in the case originally filed in the State Court of Gwinnett County, State of Georgia; and that this Honorable Court would take cognizance of and jurisdiction over this suit as removed, pursuant to 28 U.S.C. §1332.

Respectfully submitted on this the 10th day of June, 2022.

[SIGNATURE ON FOLLOWING PAGE]

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

_____
TRAVIS J. MEYER
Georgia Bar No. 309781
MORGAN A. McGEE
Georgia Bar No. 467466
*Attorneys for Defendant*
*Wal-Mart Stores East, LP*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia   30339
Telephone: (770) 953-1710
Facsimile:   (770) 933-9162
tmeyer@wachp.com
mmcgee@wachp.com

## CERTIFICATE OF COMPLIANCE

On this the 10th day of June, 2022, the undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court pursuant to Local Rule 5.1B. The foregoing pleading has been prepared in 14-point Times New Roman font.

        WALDON ADELMAN CASTILLA
        HIESTAND & PROUT

        _____
        MORGAN A. McGEE
        Georgia State Bar No. 467466
        *Attorneys for Defendant*
        *Wal-Mart Stores East, LP*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia  30339
Telephone: (770) 953-1710
Facsimile:   (770) 933-9162
tmeyer@wachp.com
mmcgee@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NADINE VIRUET, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of |
| WAL-MART STORES EAST, LP, | ) | Gwinnett County; |
| | ) | Civil Action File No. 22-C- |
| | ) | 02513-S3] |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this the *10th* day of June, 2022, I electronically filed the foregoing *Notice of Filing of Notice of Removal to Federal Court* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Shaun Daugherty
Lowe Law Firm, P.C.
3644 Chamblee Tucker Road
Suite F
Atlanta, GA 30341
*Attorneys for Plaintiff*

[SIGNATURE ON FOLLOWING PAGE]

9

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

_____
MORGAN A. McGEE
Georgia Bar No. 467466
*Attorneys for Defendant*
*Wal-Mart Stores East, LP*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia   30339
Telephone: (770) 953-1710
mmcgee@wachp.com